IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NATASHA S. COLBERT )
)
v. ) NO. 3-13-0347
) JUDGE CAMPBELL
HARRIS COUNTY JUVENILE )
PROBATION )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 17), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No. 11) is GRANTED in part and DENIED in part. This action is transferred to the United States District Court for the Southern District of Texas, Houston Division.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE